**DISMISS; and Opinion Filed July 13, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00718-CR
No. 05-18-00719-CR
No. 05-18-00720-CR
No. 05-18-00721-CR

**JAIME JUAREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-72426-W, F17-72427-W, F17-72428-W & F17-72429-W**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Boatright
Opinion by Justice Brown

On June 29, 2018, Jaime Juarez filed a motion to dismiss these appeals. Appellant and his

attorney have signed the motion. We grant the motion. TEX. R. APP. P. 42.2(a).

We dismiss these appeals.

/Ada Brown/
ADA BROWN
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

180718F.U05



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

JAIME JUAREZ, Appellant

No. 05-18-00718-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 363rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F17-72426-W.
Opinion delivered by Justice Brown,
Justices Bridges and Boatright
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 13th day of July, 2018.



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

JAIME JUAREZ, Appellant

No. 05-18-00719-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 363rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F17-72427-W.
Opinion delivered by Justice Brown, Justices Bridges and Boatright participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 13th day of July, 2018.



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JAIME JUAREZ, Appellant

No. 05-18-00720-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 363rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F17-72428-W.
Opinion delivered by Justice Brown,
Justices Bridges and Boatright
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 13th day of July, 2018.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JAIME JUAREZ, Appellant

No. 05-18-00721-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 363rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F17-72429-W.
Opinion delivered by Justice Brown, Justices Bridges and Boatright participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 13th day of July, 2018.